IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE LUCIO MIRANDA GOMEZ,<br><br>YANNIS MICHAEL MATUTE GUTIERREZ<br><br>ELVIN ADANAY GARCIA DE PAZ<br><br>Plaintiffs,<br><br>v.<br><br>THAI CHEF, INC.,<br><br>CHAYIN SRIPRASERT,<br><br>&<br>YUPA PORN CHAROENTRA.<br><br>Defendants. | CIVIL ACTION NO. 14-cv-1489 (RDM) |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jose Lucio, Miranda Gomez, Yannis Michael Matute Gutierrez, Elvin Adanay Garcia de Paz and Defendants Thai Chef, Inc., Chayin Sriprasert, and Yupa Porn Charoentra, by and through their respective counsel, stipulate that all claims set forth in the Complaint filed in the above-captioned matter shall be DISMISSED WITH PREJUDICE, with each party bearing its own costs and attorneys' fees.

Case 1:14-cv-01489-RDM   Document 14   Filed 11/24/14   Page 2 of 3

By: _____
Michael K. Amster
D.C. Bar Number: 1001110
Zipin, Amster & Greenberg, LLC
836 Bonifant Street
Silver Spring, Maryland 20815
Telephone: 301-587-9373
Fax: 301-587-9373
mamster@zagfirm.com
*Counsel for Plaintiffs*

By: _____
B. Patrice Clair
D.C. Bar Number 1004228
Dannie Fogleman
D.C. Bar Number 414311
FordHarrison LLP
1300 19th Street, N.W., Suite 300
Washington, DC 20036
Tel: 202.719.2000
Fax: 202.719.2077
pclair@fordharrison.com
dfogleman@fordharrison.com
*Counsel for Thai Chef, Inc. and Yupa Porn Charoentra*

By: _____
Scott Howard Rome
D.C. Bar No. 476677

THE VERITAS LAW FIRM
1225 19th Street, N.W., Suite 320
Washington, DC 20036
Telephone: (202) 686-7600
srome@theveritaslawfirm.com

*Counsel for Defendant Chayin Sriprasert*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 24th day of November, 2014, I caused a true and correct copy of the foregoing STIPULATION OF DISMISSAL with the Court using the CM/ECF system which will then send electronic notification of the filing to the following:

Michael K. Amster
Zipin, Amster & Greenberg, LLC
836 Bonifant Street
Silver Spring, MD 20910
*Attorney for Plaintiffs*

Scott Howard Rome
The Veritas Law Firm
1225 19th Street, N.W., Suite 320
Washington, DC 20036
*Attorney for Defendant Chayin Sriprasert*

/s/ B. Patrice Clair
B. Patrice Clair

WSACTIVELLP-7154694.1